IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

United States District Court
Southern District of Texas
ENTERED

JUN 0 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)              :

                                           :

This Document Relates To:                  :   CIVIL ACTION NO.  MDL 875
Flintkote Corp.
  Bankrupt Defendant
                                               A TRUE COPY CERTIFIED TO FROM THE RECORD

    ALL ACTIONS                            :   DATED: 6-1-4
  (See attached schedule
     for case list)                        :   ATTEST: _____
                                               DEPUTY CLERK, UNITED STATES DISTRICT COURT
                                               EASTERN DISTRICT OF PENNSYLVANIA


## O R D E R   O F   D I S M I S S A L

DEFENDANT, Flintkote Corp. having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

                                                   BY THE COURT


Date: 5/26/04                                      _____
                                                   Charles R. Weiner, Judge

(Party Flintkote Corp. Involvement Summary Con't)

**Civil Action(s)**

| | | | | |
|---|---|---|---|---|
| TXE-1-91-401 | TXE-1-91-516 | TXE-1-91-616 | TXE-1-91-715 | TXS-3-88-5 |
| TXE-1-91-403 | TXE-1-91-517 | TXE-1-91-617 | TXE-1-91-716 | TXS-3-88-11 |
| TXE-1-91-404 | TXE-1-91-518 | TXE-1-91-618 | TXE-1-91-717 | TXS-3-88-77 |
| TXE-1-91-405 | TXE-1-91-519 | TXE-1-91-619 | TXE-1-91-718 | TXS-3-88-102 |
| TXE-1-91-406 | TXE-1-91-520 | TXE-1-91-620 | TXE-1-91-719 | TXS-3-88-115 |
| TXE-1-91-407 | TXE-1-91-527 | TXE-1-91-621 | TXE-1-91-720 | TXS-3-88-125 |
| TXE-1-91-409 | TXE-1-91-528 | TXE-1-91-622 | TXE-1-91-724 | TXS-3-88-126 |
| TXE-1-91-410 | TXE-1-91-529 | TXE-1-91-623 | TXE-1-91-729 | TXS-3-88-128 |
| TXE-1-91-411 | TXE-1-91-534 | TXE-1-91-624 | TXE-1-91-730 | TXS-3-88-146 |
| TXE-1-91-412 | TXE-1-91-538 | TXE-1-91-625 | TXE-1-91-736 | TXS-3-88-149 |
| TXE-1-91-413 | TXE-1-91-539 | TXE-1-91-626 | TXE-1-91-805 | TXS-3-88-153 |
| TXE-1-91-414 | TXE-1-91-540 | TXE-1-91-627 | TXE-1-91-848 | TXS-3-88-160 |
| TXE-1-91-415 | TXE-1-91-541 | TXE-1-91-628 | TXE-1-91-921 | TXS-3-88-163 |
| TXE-1-91-416 | TXE-1-91-542 | TXE-1-91-629 | TXE-1-92-24 | TXS-3-88-172 |
| TXE-1-91-417 | TXE-1-91-547 | TXE-1-91-634 | TXE-1-92-113 | TXS-3-88-185 |
| TXE-1-91-420 | TXE-1-91-556 | TXE-1-91-636 | TXE-1-92-157 | TXS-3-88-207 |
| TXE-1-91-430 | TXE-1-91-568 | TXE-1-91-637 | TXE-1-92-193 | TXS-3-88-212 |
| TXE-1-91-431 | TXE-1-91-571 | TXE-1-91-639 | TXE-1-92-212 | TXS-3-88-422 |
| TXE-1-91-440 | TXE-1-91-572 | TXE-1-91-640 | TXE-1-92-269 | TXS-3-88-947 |
| TXE-1-91-441 | TXE-1-91-573 | TXE-1-91-641 | TXE-1-94-335 | TXS-3-89-269 |
| TXE-1-91-442 | TXE-1-91-574 | TXE-1-91-642 | TXE-1-94-422 | TXS-3-89-332 |
| TXE-1-91-443 | TXE-1-91-575 | TXE-1-91-645 | TXE-2-90-164 | TXS-3-90-39 |
| TXE-1-91-444 | TXE-1-91-576 | TXE-1-91-655 | TXE-5-98-11 | TXS-3-90-182 |
| TXE-1-91-445 | TXE-1-91-577 | TXE-1-91-656 | TXE-5-98-12 | TXS-3-90-251 |
| TXE-1-91-446 | TXE-1-91-578 | TXE-1-91-657 | TXE-5-98-13 | TXS-4-84-3167 |
| TXE-1-91-447 | TXE-1-91-579 | TXE-1-91-659 | TXE-5-98-33 | TXS-4-89-979 |
| TXE-1-91-448 | TXE-1-91-580 | TXE-1-91-660 | TXE-5-98-34 | TXS-4-89-1057 |
| TXE-1-91-449 | TXE-1-91-581 | TXE-1-91-661 | TXE-5-98-35 | TXS-4-89-1058 |
| TXE-1-91-450 | TXE-1-91-582 | TXE-1-91-669 | TXE-5-98-36 | TXS-4-89-1080 |
| TXE-1-91-453 | TXE-1-91-583 | TXE-1-91-670 | TXE-5-98-37 | TXS-4-89-1083 |
| TXE-1-91-454 | TXE-1-91-584 | TXE-1-91-672 | TXE-5-98-38 | TXS-4-89-1246 |
| TXE-1-91-458 | TXE-1-91-585 | TXE-1-91-673 | TXE-5-98-40 | TXS-4-89-1247 |
| TXE-1-91-459 | TXE-1-91-586 | TXE-1-91-674 | TXE-5-98-41 | TXS-4-89-1248 |
| TXE-1-91-460 | TXE-1-91-587 | TXE-1-91-675 | TXE-5-98-42 | TXS-4-89-1249 |
| TXE-1-91-461 | TXE-1-91-588 | TXE-1-91-676 | TXE-5-98-142 | TXS-4-89-1250 |
| TXE-1-91-462 | TXE-1-91-589 | TXE-1-91-677 | TXE-5-98-165 | TXS-4-89-1251 |
| TXE-1-91-463 | TXE-1-91-590 | TXE-1-91-678 | TXE-5-98-166 | TXS-4-89-1252 |
| TXE-1-91-464 | TXE-1-91-591 | TXE-1-91-679 | TXE-5-98-176 | TXS-4-89-1253 |
| TXE-1-91-465 | TXE-1-91-592 | TXE-1-91-680 | TXE-5-00-100 | TXS-4-89-1285 |
| TXE-1-91-466 | TXE-1-91-602 | TXE-1-91-691 | TXE-6-89-597 | TXS-4-89-1450 |
| TXE-1-91-471 | TXE-1-91-603 | TXE-1-91-700 | TXN-3-92-2454 | TXS-4-89-1452 |
| TXE-1-91-472 | TXE-1-91-604 | TXE-1-91-701 | TXN-4-94-572 | TXS-4-89-1453 |
| TXE-1-91-473 | TXE-1-91-605 | TXE-1-91-702 | TXN-4-00-575 | TXS-4-89-1486 |
| TXE-1-91-475 | TXE-1-91-606 | TXE-1-91-703 | TXN-4-00-576 | TXS-4-89-1487 |
| TXE-1-91-476 | TXE-1-91-607 | TXE-1-91-704 | TXN-4-00-577 | TXS-4-89-1488 |
| TXE-1-91-477 | TXE-1-91-608 | TXE-1-91-705 | TXN-4-00-578 | TXS-4-89-1490 |
| TXE-1-91-478 | TXE-1-91-609 | TXE-1-91-706 | TXN-4-00-579 | TXS-4-89-1521 |
| TXE-1-91-481 | TXE-1-91-610 | TXE-1-91-707 | TXN-4-00-580 | TXS-4-89-1522 |
| TXE-1-91-490 | TXE-1-91-611 | TXE-1-91-708 | TXS-1-90-105 | TXS-4-89-1523 |
| TXE-1-91-492 | TXE-1-91-612 | TXE-1-91-709 | TXS-1-90-136 | TXS-4-89-2296 |
| TXE-1-91-497 | TXE-1-91-613 | TXE-1-91-710 | TXS-1-90-168 | TXS-4-90-1103 |
| TXE-1-91-514 | TXE-1-91-614 | TXE-1-91-712 | TXS-2-90-169 | TXS-4-90-1104 |
| TXE-1-91-515 | TXE-1-91-615 | TXE-1-91-713 | TXS-2-90-184 | TXS-4-90-1105 |

Key => Civil Actions enclosed by {} have been closed   a * indicates that the party has been dismissed from the case